

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-07-409-CV**

THE BURLINGTON NORTHERN                                         APPELLANT
SANTA FE RAILWAY COMPANY

V.

JASON MANLEY                                                          APPELLEE

----------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Agreed Motion To Dismiss Appeal And Expedite The Issuance Of Mandate." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal and order mandate issued this day. *See* TEX. R. APP. P. 18.1(c), 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  July 31, 2008